UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO SANCHEZ,<br><br>    Petitioner,<br><br>    v.<br><br>PEOPLE OF CALIFORNIA,<br><br>    Respondent. | No. 2:17-cv-01016 GGH<br><br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, and an application to proceed in forma pauperis. The court has not ruled on that application.

Petitioner is currently confined in the Susanville, California, a state prison which is within the Eastern District of California, but his conviction emanated from a judgment entered in the Superior Court for Merced County. Therefore, the proper venue for the case is in the Fresno division of this court where the records regarding petitioner's conviction, those related to his appeal to the Fifth District Court of Appeal are readily available.

////
////
////
////

1

Accordingly, IT IS HEREBY ORDERED that:

The Clerk of the Court shall transfer this case to the Fresno Division of this court and close this file.

Dated: May 24, 2017

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE