# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ALEJANDRO SANCHEZ, | Case No. 1:17-cv-00723-JLT-HC |
|---|---|
| Petitioner, | ORDER DIRECTING CLERK OF COURT TO ASSIGN DISTRICT JUDGE |
| v. | FINDINGS AND RECOMMENDATION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS |
| PEOPLE OF CALIFORNIA, | |
| Respondent. | [TEN DAY OBJECTION DEADLINE] |

On May 15, 2017, Petitioner filed a federal petition for writ of habeas corpus. He named People of California as the respondent in this matter. However, People of California is not a proper respondent. On July 12, 2017, the Court issued an order advising Petitioner of his failure to name a proper respondent and granting him an opportunity to amend the petition in order to avoid dismissal of the action. Petitioner was advised that failure to amend the petition to state a proper respondent would result in dismissal for lack of jurisdiction. Over thirty days passed and Petitioner failed to amend the petition or respond in any way. Therefore, the Court will recommend the petition be DISMISSED.

**ORDER**

the Court **ORDERS** the Clerk of Court to assign a District Judge to this case.

**RECOMMENDATION**

The Court RECOMMENDS that the petition be dismissed as for lack of jurisdiction.

1

This Findings and Recommendation is submitted to the United States District Court Judge assigned to this case, pursuant to the provisions of 28 U.S.C. section 636 (b)(1)(B) and Rule 304 of the Local Rules of Practice for the United States District Court, Eastern District of California. Within ten days after being served with a copy, Petitioner may file written objections with the Court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendation." The Court will then review the Magistrate Judge's ruling pursuant to 28 U.S.C. § 636 (b)(1)(C). Petitioner is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated: **April 3, 2018**  /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE